In the Matter of CHARLES I. WOODARD, Petitioner, against LEWIS J. VALENTINE, Police Commissioner of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Nolan, Sneed and Wenzel, JJ. [See *ante*, p. 971.]

ANGELA KONOP, Respondent, v. HENRI FOODS, INC., et al., Appellants.— Motion for leave to appeal to the Appellate Division or for a stay denied, with $10 costs. Present — Lewis, P. J., Carswell, Nolan, Sneed and Wenzel, JJ.

PAOLO SCOTTO, Respondent, v. GERLANDO GIBILARO, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lewis, P. J., Carswell, Nolan, Sneed and Wenzel, JJ.

THERESA TORRE, as Administratrix of the Estate of EMILIO TORRE, Deceased, Respondent, v. COMPANIA SUD AMERICANA DE VAPORES, Also Known as CHILEAN LINE, Appellant, and JOHN W. MCGRATH CORPORATION, Impleaded Defendant-Respondent.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lewis, P. J., Carswell, Nolan, Sneed and Wenzel, JJ. [See *ante*, p. 973.]

GEORGE A. BARNDS, Appellant, v. BEATRICE WILEY et al., Respondents.— In an action to recover damages for injuries from the bites of a dog, judgment entered in favor of defendants, after trial by the court, without a jury, and order denying plaintiff's motion to set aside the judgment, for a new trial, to make additions to the stenographer's minutes, etc., unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ.

CARISTO CONSTRUCTION CORP., Respondent, v. CONSOLIDATED CONDITIONING CORPORATION, Appellant.— In an action to recover the reasonable value of services rendered, judgment in favor of plaintiff, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

BENJAMIN W. COHEN et al., Suing on Their Own Behalf and on Behalf of All Other Stockholders of Fisk Rubber Corporation Similarly Situated, Respondents. v. CHARLES A. DANA et al., Defendants, and Karl H. Behr et al., Appellants. — In a stockholders' action, order denying appellants' motion for leave to amend their answers to add an affirmative defense thereto, reversed on the law, with $10 costs and disbursements, and the motion granted, with $10 costs. It not appearing that the defense was palpably insufficient, its validity should not have been determined on a motion to serve an amended pleading. (*Newman* v. *Goldberg,* 250 App. Div. 431; *Coron* v. *Lincks,* 259 App. Div. 924; *Gillette* v. *Allen,* 269 App. Div. 441, 449.) Lewis, P. J., Carswell, Nolan, Sneed and Wenzel, JJ., concur.

CORTLAND LOUNGE, INC., Appellant, v. LOUIS COHEN, Individually and as Receiver of CORTLAND BAYSHORE CORPORATION, Respondent, and LOUISIANA CONSTRUCTION CORP., Intervener, Respondent.— Order permitting intervention of the Louisiana Construction Corporation, amending title to the action and permitting the intervening party to serve its answer, affirmed, with $10 costs and disbursements to intervener-respondent. No opinion. Lewis, P. J., Carswell, Nolan and Sneed, JJ., concur; Wenzel, J., not voting.